# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 21, 2014

Robert P. Young, Jr.,
Chief Justice

148066

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re TALH, Minor.

SC: 148066
COA: 314749
Mecosta CC Family Division:
12-001290-AY

_____/

On order of the Court, the application for leave to appeal the October 10, 2013 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall submit supplemental briefs within 56 days of the date of this order addressing whether the lower courts erred in determining that the respondent substantially complied with his child support obligations for the pertinent timeframe under MCL 710.51(6). The parties should not submit mere restatements of their application papers.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 21, 2014



Clerk

p0218